| | | | |
|---|---|---|---|
| AUSA: | Thomas Cribbins | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Erik Nygren | Telephone: | (313) 206-8235 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
   v.

Robert Franklin BALL

Case: 2:26−mj−30350
Assigned To : Unassigned
Assign. Date : 6/10/2026
Description: CMP USA v Ball (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 8, 2023_____ in the county of _____Washtenaw_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1543 | False use of a Passport |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erik Nygren, Special Agent - Dept of State
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___June 9, 2026___

_____
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Erik Nygren, being first duly sworn, swear and affirm the as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the U.S. Department of State Diplomatic Security Service (DSS) and have been employed as such since 2016. I have a primary responsibility to conduct investigations regarding passport fraud, visa fraud, and identity theft. I have received training in investigations and evidence collection at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia as well as the U.S. Department of State Interim Training Facility in Summit Point, West Virginia. Prior to being employed by DSS, I was a Police Officer in the City of Alexandria (VA) for a period of approximately 5 years.

2.      The information in this affidavit is based upon my own knowledge, records furnished to me in my official capacity, and information provided by other law enforcement officials. This affidavit does not contain every material fact that I have learned during this investigation and is intended to show only that there is sufficient probable cause for the requested warrant.

3. DSS is currently conducting a criminal investigation concerning Robert Franklin BALL (DOB: XX/XX/1973), for violations of 18 U.S.C. § 1543, false use of a passport, and 18 U.S.C. § 1344, bank fraud by executing a scheme to defraud a financial institution and obtain money under the custody or control of a financial instruction by means of false or fraudulent pretenses and representations.

## II. PROBABLE CAUSE

### Robert Franklin Ball Bank Fraud

4. On September 8, 2023, the Ann Arbor Police Department conducted an investigation of bank fraud that occurred at "CREDIT UNION #1" located on Plymouth Rd in Ann Arbor, Michigan, which is in the Eastern District of Michigan. CREDIT UNION #1 is a National Credit Union Share Insurance Fund-insured financial institution with multiple locations throughout Michigan.

5. Employees of CREDIT UNION #1 informed law enforcement that BALL entered the bank branch and presented to a bank teller an identification card purporting to be a passport card bearing the identifying information of "DD" and a photograph of BALL. BALL then attempted to make inquiries regarding recent transactions of the account in that identity.

6. In my experience investigating bank fraud using counterfeit passport cards, suspects often inquire about recent transactions or account balances to determine the amount of funds available for withdrawal as cash. After inquiring about

2

balances or transactions, a cash withdrawal will then be made from the victim's account.

7.      "DD" is an account holder at CREDIT UNION #1. Employees of CREDIT UNION #1 observed that the photo on the identification card on file for the account belonging to "DD" did not match that of BALL, who was inside the bank.



Image of counterfeit passport cart utilized by Robert Ball

8.      I have observed records of U.S. passport information maintained in databases by the Department of State and have found that "DD" is a real person and a citizen of the United States. "DD" has been issued multiple passports but has never been issued a passport card. Additionally, the card number on the purported passport card utilized by ball is not found in Department of State records. Based on

3

these facts, this card has been determined to be a counterfeit or forgery and not a passport card ever issued by the U.S. Department of State.

### Ann Arbor Police Interview with Robert Ball

9.     On September 8, 2023, Ann Arbor Police interviewed BALL after BALL waived his constitutional rights under *Miranda v. Arizona*.

10.     During that interview, BALL stated that he knew the passport card was a counterfeit, given to him by someone else.

11.     BALL stated that he went into CREDIT UNION #1 that day in order to withdraw money from DD's account without DD's permission.

### DSS Interview with Robert Ball

12.     On September 12, 2023, I spoke to an individual identified as Robert BALL at a motel in Detroit, Michigan. BALL stated that he had obtained the counterfeit passport card from another unidentified individual. BALL was offered the chance to make money by the person who gave him the passport card, and that BALL would get a cut of any withdrawals made from banks using the counterfeit identification cards. At the conclusion of the interview, BALL voluntarily turned over two Visa bank cards and one fraudulent New York Driver License in the name of other individuals.

13.     I took photographs of BALL during our conversation:



14.     Based on my observations, BALL is the person who was depicted on the counterfeit passport card used at CREDIT UNION #1 in an attempt to withdraw funds from the account of "DD".

### III. CONCLUSION

15.      Based on the facts contained herein, there is probable cause that on September 8, 2023, Robert Ball knowingly and willfully used or attempted to use a false or counterfeited passport or instrument purporting to be a passport in violation of 18 U.S.C. § 1543 to execute a scheme to defraud a financial institution and obtain money under the custody or control of a financial instruction by means of false or fraudulent pretenses and representations in violation of 18 U.S.C. § 1344. These offenses occurred in the Eastern District of Michigan.

Respectfully submitted,

Erik Nygren, Special Agent
U.S. Department of State,
Diplomatic Security Service

Sworn to me before and signed in my
presence and/or by reliable electronic means.

ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date:   June 9, 2026

6